IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**BENNIE EARL HICKMAN**                                                  **PLAINTIFF**

v.                                                **No. 4:20CV91-DAS**

**WARDEN MORRIS**
**DEPUTY WARDEN LEE SIMON**
**LIEUTENANT HAMP**
**C/O BUTLER**
**C/O PARKER**
**C/O TOWNSEND**
**SUPERINTENDENT MARSHAL TURNER**                      **DEFENDANTS**

**JUDGMENT**

In accordance with the memorandum opinion entered this day:

(1) **Defendants Morris and Simon are DISMISSED** with prejudice from this case for failure to state a claim against them upon which relief could be granted;

(2) The plaintiff's claims against defendant **Marshal Turner** regarding **general conditions of confinement** will **PROCEED**;

(3) The plaintiff's claim against defendant **Townsend** for **use of excessive force** will also **PROCEED**; and

(4) The plaintiff's claims against defendants **Butler, Parker, and Townsend** for **failure to protect** will **PROCEED**.

**SO ORDERED**, this, the 26th day of March, 2021.

                                                         /s/ David A. Sanders
                                                         DAVID A. SANDERS
                                                         UNITED STATES MAGISTRATE JUDGE