IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**BENNIE EARL HICKMAN**                                        **PLAINTIFF**

v.                                                              No. 4:20CV91-DAS

**WARDEN MORRIS**
**DEPUTY WARDEN LEE SIMON**
**LIEUTENANT HAMP**
**C/O BUTLER**
**C/O PARKER**
**C/O TOWNSEND**
**SUPERINTENDENT MARSHAL TURNER**                    **DEFENDANTS**

**ORDER OF DISMISSAL**

On July 28, 2021, the court ordered the plaintiff to show cause, within 14 days, why this case should not be dismissed for failure to prosecute, as the court received mail returned from the last address he provided to the court. The deadline to respond to the court's order expired on August 11, 2021, and the plaintiff has not done so. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

**SO ORDERED**, this, the 31st day of August, 2021.

                                                                   /s/ David A. Sanders
                                                                   DAVID A. SANDERS
                                                                   UNITED STATES MAGISTRATE JUDGE